IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| IN THE MATTER OF THE SEIZURE OF: | ) ) ) |
| (ONE 1996 BLACK PETERBUILT SEMI-TRACTOR BEARING ALABAMA LICENSE PLATES 725-858, VIN: 1XPFDB9XXTN369092 and ONE 1994 WHITE UTILITY SEMI-TRAILER BEARING ALABAMA LICENSE PLATES 3TR2073, VIN: 1UYVS2482RM341502 | ) ) ) ) ) ) ) ) ) ) |

MISC NO. 2:06mj137-SRW

## MOTION TO SEAL SEIZURE WARRANT AFFIDAVIT

Comes now the United States of America, by and through Leura Garrett Canary, United States Attorney for the Middle District of Alabama, and respectfully moves the Court to seal the seizure warrant affidavit listed above until investigation is completed.

Respectfully submitted this 5th day of December, 2006.

LEURA GARRETT CANARY
UNITED STATES ATTORNEY

_/s/ Christopher A. Snyder_
Christopher A. Snyder
Assistant United States Attorney

Address of Counsel:

Office of the United States Attorney
Middle District of Alabama
One Court Square, Suite 201 (36104)
Post Office Box 197
Montgomery, Alabama 36101-0197
Telephone: (334) 223-7280
Facsimile: (334) 223-7560